## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 12, 2021

Mr. Richard W. Nagel
Southern District of Ohio at Dayton
200 W. Second Street
Suite 712 Federal Building
Dayton, OH 45402-0000

      Re: Case No. 20-3847, *Viviane Bushong v. Delaware City School District, et al*
         Originating Case No. : 2:19-cv-00858

Dear Mr. Nagel,

 Enclosed is a copy of the mandate filed in this case.

                Sincerely yours,

                s/Zachary Love
                For Robin Johnson
                Case Manager

cc: John C. Albert
   Mr. Brian M. Garvine

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 20-3847

_____

Filed: April 12, 2021

VIVIANE BUSHONG

    Plaintiff - Appellant

v.

DELAWARE CITY SCHOOL DISTRICT; PAUL CRAFT; RICHARD STRANGES

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 03/18/2021 the mandate for this case hereby issues today.

COSTS:  None